**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

**TYESSE L. TONEY,**

    **Plaintiff,**

vs.                                                       Case No.  2:04-cv-133-FtM-DNF

**STATE OF FLORIDA and STATE OF**
**FLORIDA DEPARTMENT OF JUVENILE**
**JUSTICE,**

    **Defendants.**
_____/

## ORDER OF DISMISSAL

On May 23, 2005, the Court entered an Order (Doc. 39) administratively dismissing the case for a period of sixty days. Within the time allotted, the parties filed a Stipulation for Dismissal (Doc. 40).

Accordingly, it is hereby **ORDERED AND ADJUDGED:**

The Clerk of the Court shall enter a separate judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure dismissing the case with prejudice with the parties to pay their respective costs and attorney's fees. The Clerk is further directed to terminate any previously scheduled and pending motions, and close the file.

**DONE AND ORDERED** at Fort Myers, Florida, this __5th__ day of July, 2005.

DOUGLAS N. FRAZIER
UNITED STATES MAGISTRATE JUDGE

Copies:
Counsel of record
Courtroom Deputy